No. 88–891. HOLEMAN v. DIRECTOR, FEDERAL EMERGENCY MANAGEMENT AGENCY FOR THE NATIONAL FLOOD INSURANCE

PROGRAM. C. A. 5th Cir. Certiorari denied.